**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
MAR 2 6 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
MAR 2 7 2002

Noble Martin

(Enter above the full name of the plaintiff or plaintiffs in this action)

JUDGE PALLMEYER

vs.

Case No: 02C 2199
(To be supplied by the Clerk of this Court)

MAGISTRATE JUDGE SCHENKIER

P.O. Broderick Jones

P.O. Corey Flagg

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

XX **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Noble Martin

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: 6001 South Honore, Chicago, Ill. 60636

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Broderick Jones

Title: A Chicago Police officer

Place of Employment: 7th District

B. Defendant: Corey Flagg

Title: A Chicago Police Officer

Place of Employment: 7th District

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

## III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (x) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

______________________________________________

______________________________________________

______________________________________________

2. What was the result?

______________________________________________

______________________________________________

______________________________________________

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

______________________________________________

______________________________________________

______________________________________________

D. If your answer is **NO**, explain why not:

______________________________________________

______________________________________________

______________________________________________

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( X) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

I made a complaint with the Office Of Professional Standards.

2. What was the result? It is an open file.

H. If your answer is **NO**, explain why not:

**IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: Noble Martin v. P.O. Dineen, et. al. 99 C 3529

B. Approximate date of filing lawsuit: April of 1998

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________

D. List all defendants: P.O. Dineen, et. al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Court

F. Name of judge to whom case was assigned: Judge Darrah

G. Basic claim made: 4th Amendment violations under the color of the State.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case was settled

H. Approximate date of disposition: 02/01/2001

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 16,2001 at appox. 9:00 p.m. I made a phone call to 911 the emergency telephone number for assisstance from police. I told the 911 operator that there were some men outside trying to kick in the door. When the police came, they ignored what I had to say and searched the apartment, took my money and [illegible] charged me with the commission of a crime. Officer Jones also beat me. The Officer's then took me to the police station and charged me bogishly with possession of a controlled substance with intent to deliver within 1,000 ft. of a school. The officer's wrote a bogus police report to fit the false arrest they made in violation of my contitutional rights. On March 6th, the Honorable Judge Shultz found me not guilty as charged in the Criminal Court of Cook County.

7

Revised 4/01

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will be asking a jury to settle this egregious, malicious, conduct for $500,000.00.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26th day of March, 20 02

Noble Martin

(Signature of plaintiff or plaintiffs)

Noble Martin

(Print name)

(I.D. Number)

6001 South Honore

Chicago, Ill. 60636

(Address)

Revised 4/01